# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

RUBBY JAMES GRAY                                                   PLAINTIFF

V.                        3:08CV00154 JMM/JTR

JACK MCCANN,
Sheriff of Craighead County, et al.                              DEFENDANTS

## **ORDER**

On September 22, 2008, the Court entered an Order directing Plaintiff to file an Amended Complaint, an Application to Proceed *In Forma Pauperis,* and a prisoner trust fund calculation sheet. *See* docket entry #2. On October 6, 2008, Plaintiff filed an Amended Complaint stating, among other things, that officials at the Craighead County Detention Facility are refusing to complete his prisoner trust fund calculation sheet. *See* docket entry #5. The Court must have the information requested on the prisoner trust fund calculation sheet in order to determine whether Plaintiff is entitled to proceed *in forma pauperis* and, if so, the amount of the initial partial filing fee. *See* 28 U.S.C. § 1915.

IT IS THEREFORE ORDERED THAT:

1. The Clerk is directed to send this Order and a prisoner trust fund calculation sheet to the Sheriff of Craighead County.

2. The Court requests that the Sheriff of Craighead County ensure that the prisoner trust fund calculation sheet is completed by an authorized Craighead County official and returned to this Court **within thirty days of the entry of this Order.**

Dated this 7th day of October, 2008.

                                                                       _____
                                                                       UNITED STATES MAGISTRATE JUDGE