**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**


RUBBY JAMES GRAY                                                           PLAINTIFF

V.                                          3:08CV00154 JMM/JTR

JACK MCCANN,
Sheriff of Craighead County, et al.                                       DEFENDANTS


**<u>JUDGMENT</u>**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and

ADJUDGED that this case is DISMISSED, WITH PREJUDICE, and Judgment is entered in favor

of Defendants on all claims set forth herein.  Further, the Court certifies, pursuant to 28 U.S.C. §

1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would

not be taken in good faith.

Dated this 28th day of August, 2009.


_____
UNITED STATES DISTRICT JUDGE